167 A.3d 655

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. KENYION E. STEVENS, DEFENDANT–
PETITIONER.

May 5, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001058–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

167 A.3d 655

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. FRANKLIN SANDOVALAVILA, DEFENDANT–
PETITIONER.

May 5, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003733–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.